UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Ivan Blanco

                           Plaintiff,

v.                                                 Case No.: 1:20−cv−02428
                                                         Honorable Ronald A. Guzman

Heart of Gold Property Group, LLC

                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 1, 2020:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to plaintiff's notice of voluntary dismissal under Rule 41(a)(1)(A)(ii) [11], plaintiff's individual claims are dismissed without prejudice and the putative class's claims are dismissed without prejudice. Any pending schedules in this case are stricken as moot. Civil case terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.